UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KEVIN DARNELL BRYANT (D56620),<br><br>Plaintiff. | Case No. 24-cv-06423-EMC<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt No. 1 |

Kevin Darnell Bryant, a prisoner at Salinas Valley State Prison, sent the Court a letter regarding alleging various incidents in multiple prisons between 2023 and 2024. In an effort to protect his rights, a new action was opened and the letter was filed on September 10, 2024. On that date, the Court notified Mr. Bryant that he had not filed a complaint, and was notified that he had 28 days to do so or the action would be dismissed. Dkt. No. 2. The Clerk also sent notice to Mr. Bryant that he had not paid the filing fee or applied for leave to proceed *in forma pauperis*, and notified him that he had 28 days to either pay the fee or file the application in order to avoid dismissal. Dkt No. 3.

Mr. Bryant did not file a complaint or file an *in forma pauperis* application or pay the fee, and the deadline by which to do so has long passed. The action is therefore **DISMISSED** without prejudice for failure to file a pleading showing the Court has subject matter jurisdiction. The Clerk of the Court shall close the file.

**IT IS SO ORDERED**.

Dated: December 10, 2024

EDWARD M. CHEN
United States District Judge